**2009–1987. State v. Feldman.**
Lake App. No. 2009–L–052, 2009-Ohio-5765. Discretionary appeal accepted on Proposition of Law No. I.

LUNDBERG STRATTON, O'CONNOR, and O'DONNELL, JJ., would also accept the appeal on Proposition of Law No. II.

PFEIFER, LANZINGER, and CUPP, JJ., dissent.

**2009–2078. State v. Russell.**
Trumbull App. No. 2008–T–0074, 2009-Ohio-5213. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; cause consolidated with 2010–0023, *State v. Russell*, Trumbull App. No. 2008–T–0074, 2009-Ohio-5213; and briefing schedule stayed.

PFEIFER, J., dissents.

**2009–2208. State v. Davis.**
Cuyahoga App. No. 91324, 2009-Ohio-5217. Discretionary appeal accepted.

MOYER, C.J., and PFEIFER, J., dissent.

Discretionary cross-appeal not accepted.

**2009–2214. Westfield Ins. Co. v. Hunter.**
Butler App. Nos. CA2009–05–134 and CA2009–06–157, 2009-Ohio-5642. Discretionary appeal accepted and cause consolidated with 2010–0024, *Westfield Ins. Co. v. Hunter*, Butler App. Nos. CA2009–05–134 and CA2009–06–157, 2009-Ohio-5642.

PFEIFER, J., dissents.

**2009–2262. State v. Wilkins.**
Hamilton App. Nos. C–090172 and C–090173. Discretionary appeal accepted; cause held for the decision in 2009–1997, *State v. Hodge*, Hamilton App. No. C–080968; and briefing schedule stayed.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.